# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY ROJAS,<br><br>               Petitioner,<br><br>   v.<br><br>PEOPLE,<br><br>              Respondent. | Case No. 2:20-cv-04162-JFW-AFM<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, records on file and the Report and Recommendation of United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and Objections have not been received. The Court accepts the findings and recommendations of the Magistrate Judge.

     IT THEREFORE IS ORDERED that Judgment be entered (1) denying the Petition for Writ of Habeas Corpus; and (2) dismissing the action with prejudice.

DATED: November 10, 2020

                                                   _____
                                                   JOHN F. WALTER
                                            UNITED STATES DISTRICT JUDGE